**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
**(973) 776-7700**

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

January 5, 2026

**<u>LETTER ORDER</u>**

Re:   <u>Skanska USA Building, Inc. v. Zurich American Insurance Company</u>
       Civil Action No. 24-6341 (MEF)

Dear Counsel,

The Zoom settlement conference scheduled in this matter for **<u>January 22, 2026 at 2:00 PM</u>** is adjourned to **<u>January 27, 2026 at 2:00 PM</u>**.

**IT IS SO ORDERED.**

                                              s/ James B. Clark, III
                                              **JAMES B. CLARK, III**
                                              **United States Magistrate Judge**